## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| MICHAEL CECIL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 5:14-cv-00290-DCR |
| ) | |
| NORTHSTAR LOCATION ) | |
| SERVICES, LLC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

Plaintiff, MICHAEL CECIL ("Plaintiff"), through his attorneys, Hormozdi Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,


By: /s/ Shireen Hormozdi
       Shireen Hormozdi
       Hormozdi Law Firm, LLC
       1770 Indian Trail Lilburn Road, Suite 175
       Norcross, GA 30093
       Tel: 678-395-7795
       Fax: 866-929-2434
       E-mail: shireen@hormozdilaw.com
       Attorney for Plaintiff

## CERTIFICATE OF SERVICE

On September 15, 2014, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defendant's counsel, Paul Gamboa, at pgamboa@gordonrees.com.

By: /s/ Shireen Hormozdi
       Shireen Hormozdi