UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| MICHAEL CECIL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 14-290-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| NORTHSTAR LOCATION SERVICES, LLC, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Court has been advised via written notice that the parties to this action have settled all issues in dispute. [Record No. 11] Accordingly, it is hereby

**ORDERED** as follows:

1. This action is **DISMISSED**, without prejudice, from the Court's active docket.

2. Except as outlined in paragraph 3 below, all deadlines previously imposed are **SET ASIDE**.

3. The parties shall tender an Agreed Order dismissing this case with prejudice within 30 days of the entry of this Order. The Court will entertain a motion to re-docket this action upon application filed within 30 days from entry of this Order if the settlement is not consummated.

This 15th day of September, 2014.



Signed By:
*Danny C. Reeves*  DCR
United States District Judge