UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| MICHAEL CECIL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 14-290-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| NORTHSTAR LOCATION SERVICES, LLC, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The parties having filed a Stipulation of Voluntary Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure [Record No. 13], and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action is **DISMISSED**, with prejudice, and **STRICKEN** from the Court's docket.

This 29th day of December, 2014.

